**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stephanie ROGERS, Defendant–**
**Appellant.**

No. 14–10543
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2014.

Michelle Lee Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Thomas Vernon Duck, III, Law Office of Thomas V. Duck, III, Albany, GA, Stepha-

nie Rogers, FCI, Aliceville, AL, for Defendant–Appellant.

Before MARCUS, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas V. Duck, III, appointed counsel for Stephanie Rogers in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rogers's conviction and sentence are **AFFIRMED.**